HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 7 2008
5-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Archie Brown

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2615
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

vs.

Supt. Phil Clines
Officer #1 Unknown
Officer #2 Unknown
Officer #3 Unknown
Officer #5 Unknown

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Archie Brown

B. List all aliases: _____

C. Prisoner identification number: #200600068962

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box #089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Phil Clines
   Title: Chicago Police Superintendent (Retired)
   Place of Employment: Unknown

B. Defendant: Female Officer – Unknown
   Title: Chicago Police Officer
   Place of Employment: Unknown

C. Defendant: Male Officer – Unknown
   Title: Chicago Police Officer
   Place of Employment: Unknown

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

II. Defendant(s)   CONTINUATION

D. Defendant: Male Office - Unknown
   Title: Chicago Police Officer
   Place of Employment: Unknown

E. Defendant: Male Officer - Unknown
   Title: Chicago Police Officer
   Place of Employment: Unknown

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Archie Brown Vs. Supt. Phil Clines, Officer Romero, Officer Lopez; Case No. 07C6794

B. Approximate date of filing lawsuit: 12-3-2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Supt. Phil Clines, Officer Romero, Officer Lopez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court Northern District

F. Name of judge to whom case was assigned: Robert W. Gettleman

G. Basic claim made: Excessive Force, False Arrest

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was falsely arrested without probable cause by the Chicago Police during the time of _____ when my Mom was in the hospital fighting for her life, in which she passed away just hours after I was falsely arrested, therefore, seriously damaging me mentally and emotionally, as well as damaging the relationship that I have with my family for me not being there for my Mom.

Upon waiting for a relative outside her building, I was approached by 4-Chicago Police Officers, 1-female and 3-male police officers, in which their names are unknown at this time. The police begin questioning me about me just standing around, I told them that I was waiting on someone to come out of the building, they then asked me (the female officer) what did I have in my pockets, and I responded by saying nothing, the female officer then asked me could she search me?, and I asked her was I under arrest, thats when she became forceful by grabbing my arm pulling to turn

me around with placing my arms out to the side, then she begin searching me while two of the police officers were holding my out stretched arms, after the female officer search, she then handcuffed me and arrested me without probable cause. I was taken to the police station and charged with "Possession Of A Controlled Substance". I was incarcerated in the County Jail for about a month and during my incarceration my Mom pasted away, by me being falsely arrested without probable cause I missed my Moms funeral and burial.

Case No. #M06113075601

I went to court around 30 days after the illegal arrest and the Judge dismissed the case saying that there was no probable cause for me to be arrested. Please see, People Vs. Archie Brown, Case No. #M06113075601 for the names of the 4-unknown police officers whom I am filing this civil suit against, along with the Supt. Phil Clines (Retired Status).

In light of me being falsely accused I have lost my family by me not being there for my Mom, and family, causing me and my family Mental Anguish as well as Slandering me, plus my car was also towed to the pond causing me to pay over $200.00 to get it out of the pond.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request the Honorable Court to issue an order declaring Defendants #1, #2, #3, #4 and #5 to pay Punitive Damages each of the amount of $400,000; and Compensatory Damage each in the amount of $60,000 in which total out to be $2.3 million dollars, or whatever the court deems to be fair for me and my family's suffering.

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO


CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  April  day of  29 , 20 08

_Archie Brown_
(Signature of plaintiff or plaintiffs)

Archie Brown
(Print name)

#200600068969
(I.D. Number)

P.O. Box #089002
Chicago, Illinois. 60608
(Address)

6

Revised 9/2007