**PRISONER CASE**

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** ARCHIE BROWN

**Defendant(s):** PHIL CLINES, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Archie Brown
#2006-0068962
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**FILED**
MAY 07 2008  NR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 2. U.S. Government Defendant
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only):**
Plaintiff:
Defendant:

08CV2615
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes   [ ] No

**Signature:** A. E. Woodham   **Date:** 05/07/2008