FILED *MHW*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 7 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Archie Brown

v.

Case Number: _____

Defendant(s) Supt. Phil Clines
1 - Unknown ⎫
2 - Unknown ⎬ Officers
3 - Unknown ⎭
4 - Unknown

08CV2615
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Archie Brown__, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: __By writting various law firms__

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☑ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   __Archie Brown__
   Movant's Signature

   __P.O. Box 089002__
   Street Address

   __Chicago, IL 60608__
   City/State/Zip

Date: __4-29-2008__

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Robert W. Gettleman | Case Number | 07C6794 |
|---|---|---|---|
| Case Title | Archie Brown vs. Phil Clines, Off. Romero; Off. Lopez | | |
| Appointed Attorney's Name | Sidley Austin LLP — Attorney At Law Jamie E. Haney | | |
| If case is still pending, please check box: | ✓ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | | | |