8-06-2008

Dear Mr. Dobbins,

FILED
Aug 11, 2008
AUG 1 1 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My name is Archie Brown, #N-21714; I am presently incarcerated at the Illinois Department of Correction.

Sir, I am writting this letter in regards to a pending civil claim that I have in the U.S. District Court, Northern District of Illinois; Case Number: 08 C 2615, and the case was assigned to: Judge Rebecca R. Pallmeyer, and the case title: Archie Brown (#2006-0068962) v. Phil Clines, et al.

The Court appointed: Daniel G. Hildebrand of Mayer Brown Rowe + Maw LLP, 71 S. Wacker Dr. Chicago, Illinois. 60606 (312) 701-7787 to represent me in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37. I recently contacted Mr. Daniel G. Hildebrand about the 60 days deadline I was given by the court, to amend my complaint giving the court the specific identification of (Officer #'s 1, 2, 3, and 5) in which, at the time I filed this civil claim, I did not have the Officer's # 1, 2, 3, and 5 names all I had was the case number of the false arrest charge.

Mr. Daniel G. Hildebrand has recently informed me that he may not be able to represent me due to a conflict of interest with Phil Clines and his office. I am pressed with a dead-line to find out the names of these Officers that violated my constitutional rights, and the way it looks I do not have an attorney to represent or investigate my claim to amend my

Next Page (1 of 2)

complaint with the correct names of these officer's. The Court has granted my motion for appointment of counsel, so, I am asking the court for an extenion on the 60 days that I was given to amend my complaint; I am also requesting for the court to appoint new counsel to represent my case if the court sees fit.

    Mr. Dobbins, I do not know what steps to take for this procedure, so, that is why I am writting to you and your office explaining my situation, and requesting for the courts help in this manor obstacle.

Thank You...
Cordially...

*Archie Brown.*
Archie Brown,
#N-21714
P.O. Box 7711
Centralia, IL. 62801