# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2615 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Archie Brown vs. Phil Clines, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/28/2008. Daniel G. Hildebrand's oral motion for leave to withdraw as appointed counsel granted. Status hearing set for 9/29/2008 at 9:00. Date for filing Amended Complaint continued generally. The Clerk's Office has provided the name of Ethan A. Berghoff of Baker & McKenzie, One Prudential Plaza, Chicago, IL 60601, telephone number 312/861-2989. Mr. Berghoff is directed to promptly contact Plaintiff Archie Brown and to file his appearance on Mr. Brown's behalf.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|